UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **NENE ROSS** | * | **CIVIL ACTION NO. 5:12-cv-02013** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **VARIETY WHOLESALERS, INC.** | * | **MAGISTRATE JUDGE** |
| **D/B/A MAXWAY'S** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing;

IT IS HEREBY ORDERED that the law firm of Juge, Napolitano, Guilbeau, Ruli & Frieman be and are hereby permitted to withdraw as counsel of record on behalf of Variety Wholesalers.

Shreveport, Louisiana this \_\_3rd\_\_ day of \_\_Nov.\_\_, 2014.



_____
JUDGE